The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOTOROLA MOBILITY, INC.<br><br>Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant / Counterclaim Plaintiff. | CASE NO. C11-00595-JLR<br><br>SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. |

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF
MOTOROLA MOBILITY, INC.
CASE NO. C11-00595-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4811-6503-2975.1

1  Pursuant to Fed R. Civ. P. 7.1, Plaintiff / Counterclaim Defendant Motorola Mobility, Inc., by and
2  through its undersigned counsel, submits this supplemental corporate disclosure statement:
3      1.    Motorola Mobility, Inc. is a Delaware corporation and is a wholly owned
4  subsidiary of Motorola Mobility Holdings, Inc.  Motorola Mobility Holdings, Inc. is a Delaware
5  corporation.
6      2.    Effective May 22, 2012, Motorola Mobility Holdings, Inc. became a wholly owned
7  subsidiary of Google Inc.  Google Inc. is a Delaware corporation which trades on NASDAQ under
8  the ticker symbol GOOG.
9      DATED this 4th day of June, 2012.

SUMMIT LAW GROUP PLLC

By */s/ Ralph H. Palumbo*
    Ralph H. Palumbo, WSBA #04751
    Philip S. McCune, WSBA #21081
    Lynn M. Engel, WSBA #21934
    *ralphh@summitlaw.com*
    *philm@summitlaw.com*
    *lynne@summitlaw.com*

By */s/ K. McNeill Taylor, Jr.*
    K. McNeill Taylor, Jr.
    MOTOROLA MOBILITY, INC.
    MD W4-150
    600 North U.S. Highway 45
    Libertyville, IL  60048-1286
    Phone:  858-404-3580
    Fax:  847-523-0727

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF
MOTOROLA MOBILITY, INC. - 1
CASE NO. C11-00595-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4811-6503-2975.1

| | |
|---|---|
| 1 | And by |
| 2 | Steven Pepe (*pro hac vice*) |
| | Jesse J. Jenner (*pro hac vice*) |
| 3 | Josef B. Schenker (*pro hac vice*) |
| | Khue V. Hoang (*pro hac vice*) |
| 4 | Ropes & Gray LLP |
| | 1211 Avenue of the Americas |
| 5 | New York, NY  10036-8704 |
| | (212) 596-9000 |
| 6 | *steven.pepe@ropesgray.com* |
| | *jesse.jenner@ropesgray.com* |
| 7 | *josef.schenker@ropesgray.com* |
| | *khue.hoang@ropesgray.com* |
| 8 | |
| | Norman H. Beamer (*pro hac vice*) |
| 9 | Gabrielle E. Higgins (*pro hac vice*) |
| | Ropes & Gray LLP |
| 10 | 1900 University Avenue, 6th Floor |
| | East Palo Alto, CA  94303-2284 |
| 11 | (650) 617-4000 |
| | *norman.beamer@ropesgray.com* |
| 12 | *gabrielle.higgins@ropesgray.com* |
| 13 | Kevin J. Post (*pro hac vice*) |
| | Nicole Jantzi (*pro hac vice*) |
| 14 | Ropes & Gray LLP |
| | 700 12sth Street NW, Suite 900 |
| 15 | Washington, DC  20005 |
| | (650) 508-4600 |
| 16 | *kevin.post@ropesgray.com* |
| | *nicole.jantzi@ropesgray.com* |
| 17 | |
| | ***Attorneys for Plaintiff / Counterclaim Defendant*** |
| 18 | ***Motorola Mobility, Inc.*** |

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF
MOTOROLA MOBILITY, INC. - 2
CASE NO. C11-00595-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

4811-6503-2975.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the foregoing to be served, per the parties' eService Agreement, via email, upon the following:

>Arthur W. Harrigan, Jr., Esq.
>Christopher T. Wion, Esq.
>Shane P. Cramer, Esq.
>Danielson Harrigan Leyh & Tollefson
>*arthurh@dhlt.com*
>*chrisw@dhlt.com*
>*shanec@dhlt.com*
>
>David T. Pritikin, Esq.
>Douglas I. Lewis, Esq.
>John W. McBride, Esq.
>Richard A. Cederoth, Esq.
>Sidley Austin LLP
>*dpritikin@sidley.com*
>*dilewis@sidley.com*
>*jwmcbride@sidley.com*
>*rcederoth@sidley.com*
>
>T. Andrew Culbert, Esq.
>David E. Killough, Esq.
>Microsoft Corp.
>*andycu@microsoft.com*
>*davkill@microsoft.com*

DATED this 4th day of June, 2012.

/s/     *Marcia A. Ripley*
Marcia A. Ripley

---

SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT OF MOTOROLA MOBILITY, INC. - 3
CASE NO. C11-00595-JLR

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

4811-6503-2975.1