THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MOTOROLA, INC., et al.,<br><br>Defendants.<br><br>MOTOROLA MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendants. | Case No. C10-1823-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY ALL PENDING PATENT-INFRINGEMENT RELATED CASES AND CLAIMS BETWEEN THE PLAINTIFF MICROSOFT AND DEFENDANTS MOTOROLA, *ET AL.*<br><br>**NOTED: JULY 10, 2012** |



This matter came before the Court on the Joint Motion of Plaintiff Microsoft Corporation, and Defendants Motorola, Inc. (n/k/a Motorola Solutions, Inc.), Motorola Mobility, Inc., and General Instrument Corporation, to Stay All Patent-Infringement Related Cases and Claims Between the Parties currently pending before this Court under Case Numbers 10-cv-1823, 11-cv-595, and 11-cv-1408 (the "1823 Action," "595 Action," and "1408 Action," respectively). The Court has considered the Joint Motion and all papers filed therewith.

[PROPOSED] ORDER GRANTING JOINT
MOTION TO STAY ALL PENDING PATENT-
INFRINGEMENT RELATED CASES AND
CLAIMS BETWEEN THE PLAINTIFF
MICROSOFT AND DEFENDANTS
MOTOROLA, ET AL. - 1

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717

1. The Court therefore deems itself fully advised. Now, therefore,

2. IT IS ORDERED that the Parties' Joint Motion to Stay All Pending Patent-Infringement Related Cases and Claims Between Plaintiff Microsoft and Defendants Motorola, et al. is GRANTED.

All currently scheduled hearings, discovery deadlines, trials and other litigation efforts in the 1823 Action, the 595 Action, and the 1408 Action are stayed except for the following:

(a) the Court's ruling in the 1823 Action on Microsoft's Motion for Partial Summary Judgment Dismissing Motorola's Claim for Injunctive Relief (ECF No. 141);

(b) the Markman hearing scheduled for July 20, 2012 in the 1408 Action;

(c) pre-trial and trial on the RAND issues commencing on November 13, 2012, as reflected in the Court's June 18, 2012 Minute Entry (ECF No. 346); and

(d) Motorola's appeal of this Court's anti-suit injunction.

The stay shall be effective on the date of this Order and shall remain in place until ~~the later of:~~ further order of this court.



~~(i) the 9th Circuit's decision on Motorola's appeal of this Court's anti-suit injunction; and~~

~~(ii) a final decision on the RAND issues in the 1823 Action, including, if appealed by either party, a final decision by the appellate courts.~~

DATED this 11 day of July, 2012.

HONORABLE JAMES L. ROBART

[PROPOSED] ORDER GRANTING JOINT
MOTION TO STAY ALL PENDING PATENT-
INFRINGEMENT RELATED CASES AND
CLAIMS BETWEEN THE PLAINTIFF
MICROSOFT AND DEFENDANTS
MOTOROLA, ET AL. - 2

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700   FAX, (206) 623-8717